# SHER TREMONTE LLP

**BY ECF**  May 20, 2025

The Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Untermotorisiert GmbH v. Bronfman*, 25-cv-3179 (MMG) (SLC)

Dear Judge Garnett:

    This firm represents Plaintiff Untermotorisiert GmBH in the above-captioned lawsuit. Pursuant to the Court's Individual Rule and Practice I(B)(5), we write, with the consent of Defendant, Edgar Bronfman, Jr., to respectfully request a 60-day adjournment of the deadlines set out in the Court's Notice of Initial Pretrial Conference at ECF No. 7 (the "Notice") to afford the parties an opportunity to explore settlement.

    In its Notice, the Court ordered that the parties submit a joint letter and proposed Civil Case Management Plan by May 22, 2025. The Court also scheduled an Initial Pretrial Conference on May 29, 2025. In advance of these deadlines, the parties met and conferred on May 15, 2025 and engaged in preliminary discussions concerning settlement. Based on those discussions, we respectfully request that the Court adjourn the deadline for a proposed Civil Case Management Plan and the date for the Initial Pretrial Conference for 60 days to afford the parties a reasonable opportunity to explore settlement.

    Defendant Edgar Bronfman, Jr. consents to this request. The parties have not previously requested an adjournment of either deadline. We appreciate the Court's consideration.

Respectfully submitted,

*/s/ Erica A. Wolff*

Erica A. Wolff

CC (by Email): Jonathan Ohring
jonathan@yankwitt.com

---

GRANTED. The Initial Pretrial Conference previously scheduled for May 29 is hereby ADJOURNED until **July 31, 2025** at **9:30 A.M.** The deadline for the parties' joint submissions is likewise ADJOURNED until **July 24, 2025**.

SO ORDERED. Dated May 21, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

90 Broad Street | 23rd
www.shertremonte.com | tel.